McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-03-0362-GEB |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | MONEY JUDGMENT AGAINST |
| v. ) | MARIA RUIZ |
| MARIA RUIZ, ) | |
| Defendant. ) | |

On October 7, 2005, defendant Maria Ruiz entered a guilty plea to Count Four of the Superseding Indictment charging her with Possession of Cocaine and Cocaine Base with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1).

As part of her plea agreement with the United States, defendant Maria Ruiz agreed that her personal residence, the real property located at 1411 E. Main Street, Stockton, San Joaquin County, California, Assessor's Parcel Number 151-210-24, constitutes, for the purposes of 21 U.S.C. § 853, property used in any manner or part to commit or to facilitate the commission of the violations of 21 U.S.C. § 841. See Plea Agreement As To Defendant Maria Ruiz ¶ II.C.  In the Plea Agreement, defendant

1

1  Maria Ruiz voluntarily stipulated and agreed that as part of her
2  sentence, the Court may, pursuant to Fed. R. Crim. P. 32.2(b),
3  order a forfeiture money judgment in an amount of $50,000 in lieu
4  of the forfeiture of her personal residence, and that she would
5  voluntarily pay such money judgment prior to sentencing.  The
6  parties have pursued this course of action.  The government
7  should receive a check in the amount of $50,000 on January 25,
8  2006, from the title company handling the escrow for defendant
9  Maria Ruiz.  Accordingly, the parties now stipulate as follows:

## STIPULATION

11       1.   Pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P.
12  32.2(b)(1), the Court shall impose a personal forfeiture money
13  judgment against defendant Maria Ruiz, in the amount of
14  $50,000.00.

15       2.   That the above-referenced personal forfeiture money
16  judgment is imposed based on defendant Maria Ruiz' conviction for
17  violating 21 U.S.C. § 841(a)(1) (Count Four).  Said amount
18  reflects a reasonable compromise between the parties for
19  forfeiture purposes concerning the value of the asset used in the
20  offense of conviction.  Any funds applied towards such judgment
21  shall be forfeited to the United States of America and disposed
22  of as provided for by law.

23       3.   The personal money judgment shall be paid in full on or
24  before the imposition of sentence on defendant Maria Ruiz.  Prior
25  to the imposition of sentence, any funds delivered to the United
26  States to satisfy the personal money judgment shall be seized and
27  held by the United States Marshals Service, in its secure custody
28  and control.

1       4.  If defendant Maria Ruiz does not pay the government the
2  $50,000 prior to sentencing, she agrees to the entry of a
3  preliminary order of forfeiture authorizing the United States
4  Marshals Service to sell said real property and that the money
5  judgment can be paid from the net proceeds of that sale.  In such
6  case, the defendant agrees to fully assist the government in the
7  sale of said real property and to take whatever steps are
8  necessary to pass clear title.  Defendant agrees not to sell,
9  transfer, convey, or otherwise dispose of any of her assets,
10 including but not limited to, said real property prior to payment
11 of the money judgment.
12      5.  Upon imposition of a sentence that includes the personal
13 forfeiture money judgment as described above, and upon the full
14 satisfaction of such judgment, the United States, at the time of
15 sentencing shall dismiss the real property identified in the
16 forfeiture allegation of the Superseding Indictment.
17      IT IS SO STIPULATED.

DATED: 1/20/06                    McGREGOR W. SCOTT
                                  United States Attorney

                              By:/s/ Phillip A. Talbert
                                  PHILLIP A. TALBERT
                                  Assistant U.S. Attorney


DATED: 1/20/06                    /s/ Armando Villapudua
                                  ARMANDO VILLAPUDUA
                                  Attorney for defendant Maria Ruiz


                                  (Original signature retained by
                                  attorney)

<u>ORDER</u>

For good cause shown, the Court adopts the parties' stipulation and hereby imposes a personal forfeiture money judgment against defendant Maria Ruiz, in the amount of $50,000.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated:   January 25, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge