**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LIBORIO RUIZ LOPEZ, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-03-362-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE JUDGMENT AND |
| v. ) | SENTENCE |
| ) | |
| LIBORIO RUIZ LOPEZ, JR.,et al., ) | |
| ) | |
| DEFENDANTS. ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Phillip A. Talbert, and defendant Liborio Ruiz Lopez, Jr., by his counsel James R. Greiner, hereby stipulate and agree that the current judgment and sentence date of **Friday, March 16, 2007, at 9:00 a.m.** before the Honorable District Court Judge Garland E. Burrell, Jr. shall be vacated and continued to **Friday, May 4, 2007, at 9:00 a.m.**

The parties stipulate and agree that there is no Speedy Trial Act exclusion of time required for continuing the judgment and sentence date. Further, the Court's Courtroom Deputy and the Probation Officer have both been contacted to ensure that the requested date is available and good on the respective calendars, and it is.

Further the new schedule is as follows:

1

| | |
|---|---|
| Draft due to defense counsel | March 23, 2007 |
| Informal Objections to Probation due | April 6, 2007 |
| Final Probation Report to the Court due | April 13, 2007 |
| Formal Objections due to the Court by | April 20, 2007 |
| Judgment and Sentence date | May 4, 2007 |

Is it so agreed and stipulated to.

                Respectfully submitted,

                McGREGOR W. SCOTT
                UNITED STATES ATTORNEY

                /s/ PHILLIP A. TALBERT by telephone authorization by James R. Greiner

DATED: 2-26-07              _____
                PHILLIP A. TALBERT
                ASSISTANT UNITED STATES ATTORNEY
                ATTORNEYS FOR THE PLAINTIFF

                /S/ JAMES R. GREINER
DATED: 2-26-07              _____
                JAMES R. GREINER
                ATTORNEY FOR DEFENDANT LOPEZ, JR.

Permission to sign was granted by telephone authorization after full discussion.

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: FEBRUARY _____, 2007

_____
**GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT COURT JUDGE**