```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARIA RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-03-362-GEB/DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) REQUEST FOR ORDER AND ORDER<br>) EXONERATING BOND |
| MARIA RUIZ, | ) |
| Defendant. | ) |

Prior to entering guilty pleas in January of 2006, Defendant Maria Ruiz was released on a secured property bond which included three properties. After sentencing, the encumbrances were removed on two of the properties but not on the home located at 2235 S. Pilgrim Street, Stockton, California, 95206. Maria Ruiz is currently in federal custody serving her term. Defendant Maria Ruiz is asking that the property be reconveyed back to the original owner Eduardo Hernandez since the property bond is no longer necessary. Counsel for Maria Ruiz has spoken with Assistant United States Attorney Philip Talbert and the government has no opposition.

Therefore, the parties stipulate and agree that the property bond

| | |
|---|---|
| 1 | currently in place for 2235 S. Pilgrim Street, Stockton, California, |
| 2 | 95206, is no longer necessary and request an order reconveying the |
| 3 | property back to the original owner Eduardo Hernandez. |
| 4 | Dated: March 17, 2009 |

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MARIA RUIZ

**O R D E R**

For good cause shown, the Court adopts the parties' request to release the secured property bond and reconvey the property located at 2235 S. Pilgrim Street, Stockton, California, 95206, back to the original owner Eduardo Hernandez.

Dated: March 18, 2009.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order Exonerating Bond 2